■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID GREEN, JR., Appellant. [20 NYS3d 528]—Judgment,

Supreme Court, New York County (Thomas Farber, J.), rendered September 4, 2012, convicting defendant, after a jury trial, of criminal possession of a weapon in the third degree, and sentencing him, as a second felony offender, to a term of 2 to 4 years, unanimously affirmed.

Since defendant's objection to the court's response to a jury note was on very different grounds from the position he takes on appeal, he did not preserve his contention that the court failed to meaningfully respond to the jury's request for clarification of the relationship between constructive possession and physical proximity, and we decline to review it in the interest of justice. As an alternative holding, we find that the court properly instructed the jury that physical proximity is one factor, among others for consideration. The court also reread the standard charges on constructive possession and the automobile presumption. Accordingly, the court responded meaningfully to the jury's question (*see People v Almodovar*, 62 NY2d 126, 131 [1984]). Concur—Tom, J.P., Sweeny, Renwick and Manzanet-Daniels, JJ.